UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-80111-CR-MIDDLEBROOKS/BRANNON

IN RE:

SEALED INDICTMENT

_____/

FILED by _____ D.C.

JUL 26 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION TO SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to seal the attached Indictment with the exception of a copy of the Warrant for Arrest to be provided to the U.S. Marshals Service and law enforcement agent whose name is noted on the Arrest Warrant, relative to the above captioned matter until such time as the defendant is arrested or until further order of the Court. The defendant is a target of an on-going investigation and early release of the indictment would compromise the investigation and lead those involved in the crime to elude law enforcement.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
EDWARD C. NUCCI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0794406
500 So. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 659-4526
E-mail: Edward.Nucci@usdoj.gov