FILED by **SA** D.C.

Jul 26, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA – W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-80111-CR-MIDDLEBROOKS/BRANNON**

26 U.S.C. § 7206(1))
18 U.S.C. § 922(d)(1)
18 U.S.C. § 922(a)(6)

UNITED STATES OF AMERICA

vs.

WILLIAM GILDERSLEEVE,

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### False Statement to a Federally Licensed Firearms Dealer
### (18 U.S.C. § 922(a)(6))

Beginning on or about March 1, 2016, and continuing until at least March 9, 2016, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM GILDERSLEEVE,**

did aid, abet, counsel, command, induce, procure, and willfully cause another person, in connection with the acquisition of a firearm from the Guns and Range, Inc., a licensed dealer, to knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearm under Chapter 44 of Title 18, United States Code, in that another individual stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that such individual was the actual buyer of the firearm, when in truth and fact, and as the

defendant then and there well knew, that individual was acquiring the firearm on behalf of the defendant, in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT 2
### Sale of Ammunition to a Felon
### (18 U.S.C. § 922(d)(1))

On or about July 2, 2016, in Palm Beach County, in the Southern District of Florida, the defendant,

**WILLIAM GILDERSLEEVE**,

did knowingly sell and otherwise dispose of a quantity of ammunition to a person known to the grand jury, knowing and having reasonable cause to believe that such person had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d)(1).

## COUNTS 3-5
### Making and Subscribing a False Return
### (26 U.S.C. § 7206(1))

On or about the dates set forth below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIAM GILDERSLEEVE**,

a resident of Palm Beach County, did willfully make and subscribe a United Sates Individual Income Tax Return, IRS Form 1040 or Form 1040A, on behalf of himself, for the calendar year identified in each count below, which was verified by a written declaration that it was made under the penalties of perjury, and filed with the IRS, which tax return the defendant did not believe to be true and correct as to every material matter, in that the tax return reported (on line 22 of the 2013 Form 1040 or line 15 of the 2014 and 2015 Forms 1040A, respectively) the

2

amount set forth below as the total income of himself, whereas, as the defendant then and there well knew and believed, his total income was substantially greater than the stated amount:

| Count | Approximate Date | Calendar Year | Amount Reported |
|---|---|---|---|
| 3 | March 27, 2014 | 2013 | $10,480.00 |
| 4 | January 23, 2015 | 2014 | $7,962.00 |
| 5 | January 19, 2016 | 2015 | $27,089.00 |

All in violation of Title 26, United Stated Code, Section 7206(1).

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
EDWARD C. NUCCI
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

WILLIAM GILDERSLEEVE,

    **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    ___ WPB    _X_ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    **No**
   List language and/or dialect

4. This case will take    **10**    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days    ___
   II    6 to 10 days    _X_
   III    11 to 20 days    ___
   IV    21 to 60 days    ___
   V    61 days and over    ___

   (Check only one)

   Petty ___
   Minor ___
   Misdem. ___
   Felony _X_

6. Has this case been previously filed in this District Court? (Yes or No)    **No**
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    **No**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

           _____
           EDWARD C. NUCCI
           ASSISTANT UNITED STATES ATTORNEY
           Florida Bar No. 794406

*Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>WILLIAM GILDERSLEEVE</u>

**Case No:** _____

Count #: 1

<u>False Statement to a Federally Licensed Firearms Dealer</u>

<u>Title 18, United States Code, Section 922(a)(6)</u>

\***Max. Penalty:** 10 Years' Imprisonment; $250,000 Fine; 3 years' Supervised Release

Count #: 2

<u>Sale of Ammunition to a Convicted Felon</u>

<u>Title 18, United States Code, Section 922(d)(1)</u>

\* **Max. Penalty**: 10 Years' Imprisonment; $250,000 Fine; 3 years' Supervised Release

Counts #: 3-5

<u>Making and Subscribing a False Return</u>

<u>Title 26, United States Code, Section 7206(1)</u>

\***Max. Penalty:** 3 Years' Imprisonment; $250,000 Fine; 1 year Supervised Release

Count #:

_____

_____

**\*Max. Penalty:**

\***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**